IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LAURYN DIANE HOKE,**

    **Plaintiff,**

vs.                                                          CASE NO. 5:11-cv-50/RS-CJK

**DELTA AIRLINES, INC.,**

    **Defendant.**
_____/

## ORDER

The relief requested in Plaintiff's Motion for Leave to Amend (Doc. 13) is **GRANTED**. As such, Defendant's Motion to Dismiss (Doc. 8) is **DENIED as moot**.

Plaintiff shall file her amended complaint not later than July 13, 2011.

**ORDERED** on July 6, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE**