IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAURYN DIANE HOKE,

        Plaintiff,

vs.                                                  CASE NO. 5:11cv50/RS-CJK

DELTA AIRLINES, INC.,

        Defendant.
_____/

## ORDER

      Before me is the Report of Parties' Planning Meeting (Doc. 18). The attorneys have provided no explanation why they have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and trial date.

      **IT IS ORDERED** that the parties are directed to file an amended joint report not later than July 28, 2011, with dates consistent with a discovery deadline of approximately March 2, 2012, and jury trial on either May 7, 2012, or May 21, 2012.

      **ORDERED** on July 18, 2011.

                                              /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**